IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONAN TELEPHONE COMPANY, A Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, LLC, WILTEL COMMUNICATIONS, LLC, and GLOBAL CROSSING TELECOMMUNICATIONS, INC.<br><br>Defendants. | CV 16–52–M–DLC<br><br>ORDER |

In response to this Court's prior Order (Doc. 32), the parties have filed a joint status report stating "it appears that a resolution of the underlying statute of limitations matter . . . will soon be resolved." (Doc. 33 at 2.) As a result, the parties represent they "are prepared to move forward with this case," request that the stay of this matter be lifted, and that a deadline for answering the operative complaint be set for July 26, 2021. (*Id.*)

Accordingly, IT IS ORDERED that the stay of this matter is LIFTED.

IT IS FURTHER ORDERED that any responsive pleading in this matter must be filed on or before July 26, 2021.

DATED this 2nd day of June, 2021.

Dana L. Christensen, District Judge
United States District Court