IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONAN TELEPHONE COMPANY, A Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEVEL 3 COMMUNICATIONS, LLC, WILTEL COMMUNICATIONS, LLC, and GLOBAL CROSSING TELECOMMUNICATIONS, INC.<br><br>Defendants. | CV 16–52–M–DLC<br><br><br>ORDER |

The parties have filed a Stipulation to Extend Deadline to File Rule 26(a)(1)(A) Initial Disclosures. (Doc. 39.) This stipulation extends the initial disclosure deadline from September 10, 2021 to September 21, 2021. (*Id.*) The parties seek a Court order conforming this extension. (Doc. 39-1.)

Accordingly, IT IS ORDERED that the parties shall make their initial disclosures on or before September 21, 2021.

DATED this 8th day of September, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1