IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONAN TELEPHONE COMPANY,<br><br>    Plaintiff/<br>    Counter-Defendant,<br><br>  vs.<br><br>MCI COMMUNICATIONS<br>SERIVICES LLC and VERIZON<br>SELECT SERVICES INC.,<br><br>        Defendants/<br>        Counter-Claimants. | CV 16–06–M–DWM<br>CV 16–52–M-DWM<br><br><br><br>ORDER |
| RONAN TELEPHONE COMPANY,<br><br>        Plaintiff/<br>        Counter-Defendant,<br><br>  vs.<br><br>LEVEL 3 COMMUNICATIONS,<br>LLC; WILTEL COMMUNICATIONS,<br>LCC; and GLOBAL CROSSING<br>TELECOMMUNICATIONS, INC.<br><br>        Defendants/<br>        Counter-Claimants. | |

Cause number CV 16–52–M–DWM having been reassigned to the undersigned, IT IS ORDERED that on or before **February 24, 2022**, the parties shall file a notice, either jointly or individually, addressing:

(1)     Their position on consolidation and the potential scope of such consolidation under Rule 42 of the Federal Rules of Civil Procedure;

(2)     Whether the parties in CV 16–52–M–DWM would like to maintain a jury demand and, if so, to what claims the demand applies;

(3)     Whether the cases should be referred to a magistrate judge for a settlement conference; and

(4)     Whether the parties in CV 16–52–M–DWM object to the deadlines and trial date set in CV 16–06–M–DWM, (*see* Doc. 24).  Any objection to the trial date must specifically identify the preexisting conflict and provide supporting documentation.

DATED this 10ᵗʰ day of February, 2022.

Donald W. Molloy, District Judge
United States District Court