IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONAN TELEPHONE COMPANY,<br><br>        Plaintiff/<br>        Counter-Defendant,<br><br>    vs.<br><br>LEVEL 3 COMMUNICATIONS,<br>LLC; WILTEL COMMUNICATIONS,<br>LLC; GLOBAL CROSSING<br>TELECOMMUNICATIONS, INC.<br><br>        Defendants/<br>        Counter-Claimants. | CV 16–52–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs.  All pending motions are MOOT and

all deadlines are VACATED.

DATED this _19th_ day of July, 2022.

_____
Donald W. Molloy, District Judge
United States District Court